United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE CELSO TELLEZ ESCALANTE, a/k/a/ JOSE TELLEZ ESCALAN, | § § § | |
| Petitioner, | § § | |
| VS. | § | CIVIL ACTION NO. 4:26-1564 |
| WARDEN, JOE CORLEY PROCESSING CENTER, *et al.* | § § § § | |
| Respondents. | § | |

## <u>ORDER OF DISMISSAL</u>

Petitioner Jose Celso Tellez Escalante, a/k/a Jose Tellez Escalan, filed a motion for voluntary dismissal without prejudice. He seeks to withdraw his petition because an immigration judge granted him voluntary departure.

The petitioner's motion to dismiss (Dkt. 14) is **GRANTED**. This habeas action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(a)(2).

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____May 28_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE